IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

ERIKA PAGE,

                Plaintiff,

                              Civil Action No. 6:09-CV-1099

    vs.

MRS ASSOCIATES INC.,

                Defendant.
_____

APPEARANCES:                    OF COUNSEL:

Lemberg & Associates LLC        Sergei Lemberg, Esq.
100 Summer Street
Floor 3
Stamford, CT 06905
Attorney for Plaintiff

**Norman A. Mordue, Chief Judge U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      Pursuant to a letter from Plaintiff's attorney (Dkt. No. 5) , the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

      It is therefore hereby

      ORDERED that the above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated.

IT IS SO ORDERED.

Date: December 21, 2009

_____
Norman A. Mordue
Chief United States District Court Judge